```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

| | |
|---|---|
| **JEREMY JONES,** | ) |
| Plaintiff, | ) |
| vs. | ) No. 23-cv-02636-SHM-tpm |
| **UNITED STATES FEDERAL BUREAU OF PRISONS, ET AL.** | ) |
| Defendants. | ) |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 10), docketed August 29, 2024, dismissing the case with prejudice.  Any appeal in this matter by Movant proceeding in forma pauperis is not taken in good faith.

## APPROVED:

  /s/   Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

 August 29, 2024                         WENDRY R. OLIVER
DATE                                     CLERK

                                          /s/  Jairo Mendez
                                         (By) DEPUTY CLERK